# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

OPAL MOBLEY, As Special
Personal Representative of the
Estate of Rebecca Louise Duke,
Deceased, and on
behalf of the Wrongful Death
Beneficiaries of the Estate of
Rebecca Louise Duke, Deceased                                    PLAINTIFF

v.                    No. 1:17-cv-49-DPM

SKYLINE ARKANSAS
HOLDINGS LLC; SKYLINE CHP
HOLDINGS LLC; BATESVILLE
HOLDINGS LLC; BATESVILLE
HEALTH AND REHAB LLC;
ARKANSAS NURSING HOME
ACQUISITION LLC; CAPITAL
FUNDING GROUP, INC.; CSCV
HOLDINGS II LLC; ARKANSAS
SNF OPERATIONS
ACQUISITION III LLC; JOSEPH
SCHWARTZ; JOHN W. DWYER;
ALAN ZUCCARI; and BRIAN
REYNOLDS                                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 28 February 2019 to enforce the parties' settlement.

*DPMarshall Jr.*
D.P. Marshall, Jr.
United States District Judge

*22 January 2019*